UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
ROCKWELL, LISA M.  
ROCKWELL, STEPHEN J

Case No.: 19-31661-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on February 18, 2020, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. _4C_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 16 VANCE AVENUE, SICKLERVILLE NJ 08081<br>(FMV $225,000.00) |
|---|---|

| Liens on property: | $202,146.00-BAYVIEW LOAN SERV (1ST)<br>$37,145.99-SPECIALIZED LOAN SERV (2ND) |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-31661-JNP
Lisa M. Rockwell                                                        Chapter 7
Stephen J Rockwell
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 3            Date Rcvd: Jan 14, 2020
                               Form ID: pdf905          Total Noticed: 79

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
```
db/jdb         #+Lisa M. Rockwell,    Stephen J Rockwell,    16 Vance Avenue,    Sicklerville, NJ 08081-2198
518573160      +AKRON Billing Center,    2620 Ridgewood Rd.,    Suite 300,    Akron, OH 44313-3507
518573161      +Apex Asset Management,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
518573164     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    4161 Piedmont Parkway,    Greensboro, NC 27410)
518573165       Barclays Bank,    PO Box 8803,    Wilmington, DE 19899-8803
518573186      +CVS Caremark,    105 Mall Blvd.,    Monroeville, PA 15146-2218
518573170      +Calloway Laboratories,    34 Commerce Way,    Woburn, MA 01801-1294
518573173       Capital One Bank,    P.O. Box 60500,    City of Industry, CA 91716-0500
518573178      +CarMax,    P.O. Box 440609,    Kennesaw, GA 30160-9511
518573176      +Cardiovascular Associates of the Delawar,    120 White Horse Pike, Ste. 112,
                 Haddon Heights, NJ 08035-1994
518573177       Caremark Inc.,    P.O. Box 846111,    Dallas, TX 75284-6111
518573180       Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
518573182       Continental Finance Co,    4550 New Linden Rd,    Suite 400,    Wilmington, DE 19808
518573190      +DSNB/Bloomingdales,    P.O. 17759,    Clearwater, FL 33762-0759
518573191      +DSNB/Macys,    P.O. Box 17759,    Clearwater, FL 33762-0759
518573187      +Delaware Valley Urology,    2003 Lincoln Dr. W.,    Suite B,    Marlton, NJ 08053-1529
518573188      #Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
518573189      +Diering & Dipietro Associates,    900 Route 168, Suite E5,    Turnersville,, NJ 08012-3208
518573192      +Federal Loan Servicing,    PO BOX 69184,    Harrisburg, PA 17106-9184
518573193      +Federal loan Servicing Credit,    Po Box 60610,    Harrisburg, PA 17106-0610
518573195      +Financial Recoveries,    200 E Park Dr., Ste. 100,    Mount Laurel, NJ 08054-1297
518573194      +Financial Recoveries,    200 East Park Drive, Suite 100,    Mount Laurel, NJ 08054-1297
518573196      +First National Bank Omaha,    Attn: Bankruptcy Department,    PO Box 3331,    Omaha, NE 68103-0331
518573197       First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518573199      +Home Depot/CitiBank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
518573200      +Inspira Medical Group,    1120 Delsea Drive,    Glassboro, NJ 08028-1444
518573201      +Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
518573204       LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
518573203       LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
518573206      +Liberty Mutual,    P.O. Box 8400,    Dover, NH 03821-8400
518573207      +Lourdes Cardiology Services, P.C.,    63 Kresson Road, Suite 101,    Cherry Hill, NJ 08034-3200
518573209      +Macy’s,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
518573210       Medical Diagnostic Laboratories, LLC,    2439 Kuser Road,    Hamilton, NJ 08690-3303
518573211      +Meridian Counseling Services,    1930 Marlton Pike E.,    Cherry Hill, NJ 08003-4101
518573214      +New Jersey Urology, LLC,    1515 Broad Street,    Suite B130,    Bloomfield, NJ 07003-3085
518573216      +Penn Medicine,    PO BOX 824406,    Philadelphia, PA 19182-4406
518573217      +RBS Citizens NA,    1000 Lafayette BV,    Bridgeport, CT 06604-4725
518573219       RWHG Obeterics & Gyn,    2227 Laurel Road,    Voorhees, NJ 08043
518573220       Selip & Stylianou, LLP,    10 Forest Ave. Suite 300,    PO Box 914,    Paramus, NJ 07653-0914
518573221       Shopnow Pay Plan,    P.O. Box 2852,    Monroe, WI 53566-8052
518573222       Specialized Loan Services,    8742 Lucent Blvd Suite 300,    Littleton, CO 80129-2386
518573223      +Sun National Bank,    226 W. Landis Avenue,    Vineland, NJ 08360-8142
518573230      +TBOM Fortiva,    PO Box 105555,    Atlanta, GA 30348-5555
518601655       The Bank of New York Mellon fka The Bank of New Yo,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
518573232      +The Heart House,    120 White Horse Pike, Suite 112,    Haddon Heights, NJ 08035-1938
518573233      +The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518573234       UPHS Physicians Patient Pay IDX,    P.O. Box 827579,    Philadelphia, PA 19182-7579
518573235      +Virtua Health Voorhees,    Mail Processing Center,    2 Brighton Road,    Clifton, NJ 07012-1663
518573236      +Wells Fargo,    National Recovery Center,    P.O. Box 25341,    Santa Ana, CA 92799-5341
518573237      +Wells Fargo Dealer Services,    P.O. Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 14 2020 23:37:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 14 2020 23:37:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518573159      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 14 2020 23:37:06     ADS/Comenity/Victoria,
                 P.O. Box 182120,    Columbus, OH 43218-2120
518573162       E-mail/Text: bankruptcy@pepcoholdings.com Jan 14 2020 23:36:53     Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
518573168      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 14 2020 23:37:43
                 Bayview Loan Servicing,    62516 Collection Center Drive,    Chicago, IL 60693-0001
518573179      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jan 14 2020 23:38:14     CB Indigo,
                 P.O. Box 4499,    Beaverton, OR 97076-4499
518573171      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 23:34:51     Capital One,
                 P.O. Box 30253,    Salt Lake City, UT 84130-0253
518573174      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 23:35:44
                 Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
```

```
District/off: 0312-1          User: admin              Page 2 of 3                    Date Rcvd: Jan 14, 2020
                              Form ID: pdf905          Total Noticed: 79


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518573175        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 23:35:44      Capital One/Boscovs,
                  PO Box 30253,    Salt Lake City, UT 84130-0253
518573181        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 14 2020 23:37:06
                  Comenity Bank/victoria's Secret,    PO Box 182789,    Columbus, OH 43218-2789
518573183        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 14 2020 23:37:56
                  Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
518573185        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 14 2020 23:47:38       Credit One Bank,
                  P.O. Box 98872,    Las Vegas, NV 89193-8872
518573184        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 14 2020 23:35:21       Credit One Bank,
                  PO Box 98873,    Las Vegas, NV 89193-8873
518573198         E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 23:34:46      GECRB/jcp,    P.O. Box 960090,
                  Orlando, FL 32896-0090
518573202        +E-mail/Text: bncnotices@becket-lee.com Jan 14 2020 23:36:38      Kohls/Capital One,
                  PO Box 3115,    Milwaukee, WI 53201-3115
518573208        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 23:47:45       LVNV Funding,
                  c/o Redurgent Capital,    PO Box 1269,    Greenville, SC 29602-1269
518573205         E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 14 2020 23:37:56       Liberty Mutual,
                  Payment Processing Center - 27,    P.O. Box 55126,    Boston, MA 02205-5126
518573213         E-mail/Text: ml-ebn@missionlane.com Jan 14 2020 23:36:23      Mission Lane Tab Bank,
                  P.O. Box 105286,    SW #1340,   Atlanta, GA 30304
518573212        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 14 2020 23:35:11       Merrick Bank,
                  PO Box 1500,    Draper, UT 84020-1500
518573215        +E-mail/Text: bnc@nordstrom.com Jan 14 2020 23:36:40      Nordstrom/TD Bank,    PO Box 13589,
                  Scottsdale, AZ 85267-3589
518573218        +E-mail/Text: bkdepartment@rtresolutions.com Jan 14 2020 23:37:27       Real Time Resolutions,
                  P.O. Box 36655,    Dallas, TX 75235-1655
518573225         E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 23:35:13      SYNCB/HH GREGG,    P.O. Box 965036,
                  Orlando, FL 32896-5036
518573226        +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 23:34:46      SYNCB/HSN,    P.O. Box 9650147,
                  Orlando, FL 32896-0001
518573227         E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 23:35:39      SYNCB/JCPENNEY,    P.O. Box 965007,
                  Orlando, FL 32896-5007
518573228         E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 23:34:46      SYNCB/Walmart,    P.O. Box 965024,
                  Orlando, FL 32896-5024
518573224         E-mail/Text: bankruptcy@sccompanies.com Jan 14 2020 23:38:15      Swiss Colony,
                  1112 7th Avenue,    Monroe, WI 53566-1364
518573842        +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 23:34:46      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518573229        +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 23:35:39      Synchrony Bank/JCPENNEY,
                  P.O. Box 965007,    Orlando, FL 32896-5007
518573231        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 14 2020 23:34:44       TBOM/OLLO,
                  PO Box 9222,    Old Bethpage, NY 11804-9222
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518573163*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
518573172*      +Capital One,   PO box 30253,   Salt Lake City, UT 84130-0253
518573166      ##Bay Area Credit Service, LLC,    1901 W. 10th Street,   Antioch, CA 94509-1380
518573167      ##+Bay Area Credit Services,   1901 West 10th Street,    Antioch, CA 94509-1380
518573169      ##+California Recovery Bureau, Inc.,    135 Vallecitos De Oro, Suite G,    San Marcos, CA 92069-1461
                                                                                      TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1           User: admin              Page 3 of 3              Date Rcvd: Jan 14, 2020
                               Form ID: pdf905          Total Noticed: 79
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew B. Finberg    on behalf of Joint Debtor Stephen J Rockwell andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Andrew B. Finberg    on behalf of Debtor Lisa M. Rockwell andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
               as trustee (CWALT 2005-10CB) dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```