| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Lisa M. Rockwell | Social Security number or ITIN   xxx–xx–6446 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Stephen J Rockwell | Social Security number or ITIN   xxx–xx–2063 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–31661–JNP | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lisa M. Rockwell                                                          Stephen J Rockwell

3/13/20                                                                           **By the court:**   Jerrold N. Poslusny Jr.
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-31661-JNP
Lisa M. Rockwell                                                          Chapter 7
Stephen J Rockwell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Mar 13, 2020
                              Form ID: 318             Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
```
db/jdb         #+Lisa M. Rockwell,    Stephen J Rockwell,    16 Vance Avenue,    Sicklerville, NJ 08081-2198
518573160      +AKRON Billing Center,    2620 Ridgewood Rd.,    Suite 300,    Akron, OH 44313-3507
518573161      +Apex Asset Management,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
518573186      +CVS Caremark,    105 Mall Blvd.,    Monroeville, PA 15146-2218
518573170      +Calloway Laboratories,    34 Commerce Way,    Woburn, MA 01801-1294
518573173       Capital One Bank,    P.O. Box 60500,    City of Industry, CA 91716-0500
518573178      +CarMax,    P.O. Box 440609,    Kennesaw, GA 30160-9511
518573176      +Cardiovascular Associates of the Delawar,    120 White Horse Pike, Ste. 112,
                 Haddon Heights, NJ 08035-1994
518573177       Caremark Inc.,    P.O. Box 846111,    Dallas, TX 75284-6111
518573182       Continental Finance Co,    4550 New Linden Rd,    Suite 400,    Wilmington, DE 19808
518573187      +Delaware Valley Urology,    2003 Lincoln Dr. W.,    Suite B,    Marlton, NJ 08053-1529
518573188      #Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
518573189      +Diering & Dipietro Associates,    900 Route 168, Suite E5,    Turnesville,, NJ 08012-3208
518573192      +Federal Loan Servicing,    PO BOX 69184,    Harrisburg, PA 17106-9184
518573193      +Federal loan Servicing Credit,    Po Box 60610,    Harrisburg, PA 17106-0610
518573195      +Financial Recoveries,    200 E Park Dr., Ste. 100,    Mount Laurel, NJ 08054-1297
518573194      +Financial Recoveries,    200 East Park Drive, Suite 100,    Mount Laurel, NJ 08054-1297
518573196      +First National Bank Omaha,    Attn: Bankruptcy Department,    PO Box 3331,    Omaha, NE 68103-0331
518573200      +Inspira Medical Group,    1120 Delsea Drive,    Glassboro, NJ 08028-1444
518573201      +Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
518573204       LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
518573203       LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
518573206       Liberty Mutual,    P.O. Box 8400,    Dover, NH 03821-8400
518573207      +Lourdes Cardiology Services, P.C.,    63 Kresson Road, Suite 101,    Cherry Hill, NJ 08034-3200
518573210       Medical Diagnostic Laboratories, LLC,    2439 Kuser Road,    Hamilton, NJ 08690-3303
518573211      +Meridian Counseling Services,    1930 Marlton Pike E.,    Cherry Hill, NJ 08003-4101
518573214      +New Jersey Urology, LLC,    1515 Broad Street,    Suite B130,    Bloomfield, NJ 07003-3085
518573216      +Penn Medicine,    PO BOX 824406,    Philadelphia, PA 19182-4406
518573217      +RBS Citizens NA,    1000 Lafayette BV,    Bridgeport, CT 06604-4725
518573219       RWHG Obeterics & Gyn,    2227 Laurel Road,    Voorhees, NJ 08043
518573220       Selip & Stylianou, LLP,    10 Forest Ave. Suite 300,    PO Box 914,    Paramus, NJ 07653-0914
518573221       Shopnow Pay Plan,    P.O. Box 2852,    Monroe, WI 53566-8052
518573222       Specialized Loan Services,    8742 Lucent Blvd Suite 300,    Littleton, CO 80129-2386
518573223      +Sun National Bank,    226 W. Landis Avenue,    Vineland, NJ 08360-8142
518573230      +TBOM Fortiva,    PO Box 105555,    Atlanta, GA 30348-5555
518601655       The Bank of New York Mellon fka The Bank of New Yo,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
518573232      +The Heart House,    120 White Horse Pike, Suite 112,    Haddon Heights, NJ 08035-1938
518573234       UPHS Physicians Patient Pay IDX,    P.O. Box 827579,    Philadelphia, PA 19182-7579
518573235      +Virtua Health Voorhees,    Mail Processing Center,    2 Brighton Road,    Clifton, NJ 07012-1663
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 14 2020 00:29:12     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 14 2020 00:29:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518573159      +EDI: WFNNB.COM Mar 14 2020 03:48:00     ADS/Comenity/Victoria,    P.O. Box 182120,
                 Columbus, OH 43218-2120
518573162       E-mail/Text: bankruptcy@pepcoholdings.com Mar 14 2020 00:28:44     Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
518573163       EDI: BANKAMER.COM Mar 14 2020 03:48:00     Bank of America,    PO Box 982235,
                 El Paso, TX 79998
518573164       EDI: BANKAMER.COM Mar 14 2020 03:48:00     Bank of America,    4161 Piedmont Parkway,
                 Greensboro, NC 27410
518573165       EDI: TSYS2.COM Mar 14 2020 03:48:00     Barclays Bank,    PO Box 8803,
                 Wilmington, DE 19899-8803
518573168      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 14 2020 00:29:42
                 Bayview Loan Servicing,    62516 Collection Center Drive,    Chicago, IL 60693-0001
518573179      +EDI: PHINGENESIS Mar 14 2020 03:58:00     CB Indigo,    P.O. Box 4499,
                 Beaverton, OR 97076-4499
518573171      +EDI: CAPITALONE.COM Mar 14 2020 03:48:00     Capital One,    P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
518573174      +EDI: CAPITALONE.COM Mar 14 2020 03:48:00     Capital One Bank USA NA,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
518573175      +EDI: CAPITALONE.COM Mar 14 2020 03:48:00     Capital One/Boscovs,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
518573181      +EDI: WFNNB.COM Mar 14 2020 03:48:00     Comenity Bank/victoria's Secret,    PO Box 182789,
                 Columbus, OH 43218-2789
518573183      +EDI: CCS.COM Mar 14 2020 03:48:00     Credit Collection Services,    Two Wells Avenue,
                 Newton Center, MA 02459-3246
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: Mar 13, 2020
                               Form ID: 318                 Total Noticed: 81


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518573185      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 14 2020 00:34:00      Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
518573184      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 14 2020 00:35:38      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518573190      +EDI: TSYS2.COM Mar 14 2020 03:48:00       DSNB/Bloomingdales,   P.O. 17759,
                 Clearwater, FL 33762-0759
518573191      +EDI: TSYS2.COM Mar 14 2020 03:48:00       DSNB/Macys,   P.O. Box 17759,
                 Clearwater, FL 33762-0759
518573197       EDI: AMINFOFP.COM Mar 14 2020 03:48:00       First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
518573198       EDI: RMSC.COM Mar 14 2020 03:48:00       GECRB/jcp,   P.O. Box 960090,   Orlando, FL 32896-0090
518573199      +EDI: CITICORP.COM Mar 14 2020 03:48:00       Home Depot/CitiBank,   P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
518573180       EDI: JPMORGANCHASE Mar 14 2020 03:48:00       Chase Card Services,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
518744524       EDI: BL-BECKET.COM Mar 14 2020 03:48:00       Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
518573202      +E-mail/Text: bncnotices@becket-lee.com Mar 14 2020 00:28:19       Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
518573208      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2020 00:35:47      LVNV Funding,
                 c/o Redurgent Capital,    PO Box 1269,   Greenville, SC 29602-1269
518573205       EDI: CCS.COM Mar 14 2020 03:48:00       Liberty Mutual,   Payment Processing Center - 27,
                 P.O. Box 55126,    Boston, MA 02205-5126
518573213       E-mail/Text: ml-ebn@missionlane.com Mar 14 2020 00:27:59       Mission Lane Tab Bank,
                 P.O. Box 105286,    SW #1340,   Atlanta, GA 30304
518573209      +EDI: TSYS2.COM Mar 14 2020 03:48:00       Macy's,   Bankruptcy Processing,   P.O. Box 8053,
                 Mason, OH 45040-8053
518573212      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 14 2020 00:34:31      Merrick Bank,
                 PO Box 1500,    Draper, UT 84020-1500
518573215      +E-mail/Text: bnc@nordstrom.com Mar 14 2020 00:28:29       Nordstrom/TD Bank,   PO Box 13589,
                 Scottsdale, AZ 85267-3589
518573218      +E-mail/Text: bkdepartment@rtresolutions.com Mar 14 2020 00:29:24      Real Time Resolutions,
                 P.O. Box 36655,    Dallas, TX 75235-1655
518573225       EDI: RMSC.COM Mar 14 2020 03:48:00       SYNCB/HH GREGG,   P.O. Box 965036,
                 Orlando, FL 32896-5036
518573226      +EDI: RMSC.COM Mar 14 2020 03:48:00       SYNCB/HSN,   P.O. Box 9650147,   Orlando, FL 32896-0001
518573227       EDI: RMSC.COM Mar 14 2020 03:48:00       SYNCB/JCPENNEY,   P.O. Box 965007,
                 Orlando, FL 32896-5007
518573228       EDI: RMSC.COM Mar 14 2020 03:48:00       SYNCB/Walmart,   P.O. Box 965024,
                 Orlando, FL 32896-5024
518573224       EDI: CBS7AVE Mar 14 2020 03:58:00       Swiss Colony,   1112 7th Avenue,   Monroe, WI 53566-1364
518573842      +EDI: RMSC.COM Mar 14 2020 03:48:00       Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518573229      +EDI: RMSC.COM Mar 14 2020 03:48:00       Synchrony Bank/JCPENNEY,   P.O. Box 965007,
                 Orlando, FL 32896-5007
518573231      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 14 2020 00:34:28      TBOM/OLLO,
                 PO Box 9222,    Old Bethpage, NY 11804-9222
518573233      +EDI: CITICORP.COM Mar 14 2020 03:48:00       The Home Depot/CBNA,   PO Box 6497,
                 Sioux Falls, SD 57117-6497
518573236      +EDI: WFFC.COM Mar 14 2020 03:48:00       Wells Fargo,   National Recovery Center,
                 P.O. Box 25341,    Santa Ana, CA 92799-5341
518573237      +EDI: WFFC.COM Mar 14 2020 03:48:00       Wells Fargo Dealer Services,   P.O. Box 1697,
                 Winterville, NC 28590-1697
                                                                                               TOTAL: 42

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518573172*     +Capital One,   PO box 30253,    Salt Lake City, UT 84130-0253
518573166      ##Bay Area Credit Service, LLC,    1901 W. 10th Street,   Antioch, CA 94509-1380
518573167      ##+Bay Area Credit Services,   1901 West 10th Street,    Antioch, CA 94509-1380
518573169      ##+California Recovery Bureau, Inc.,    135 Vallecitos De Oro, Suite G,   San Marcos, CA 92069-1461
                                                                                     TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1          User: admin              Page 3 of 3           Date Rcvd: Mar 13, 2020
                              Form ID: 318             Total Noticed: 81
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
              Andrew    Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com
              Andrew B. Finberg    on behalf of Joint Debtor Stephen J Rockwell andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Andrew B. Finberg    on behalf of Debtor Lisa M. Rockwell andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
               as trustee (CWALT 2005-10CB) dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```